SUPREME COURT OF NEW JERSEY
D-159 September Term 2016
079462

IN THE MATTER OF

DAVID E. TIDER,

AN ATTORNEY AT LAW

(Attorney No. 001841990)

FILED 17MC406-SRC

NOV 17 2017    ORDER

CLERK

The Disciplinary Review Board having filed with the Court its decision in DRB 16-329, concluding that **DAVID E. TIDER** of **TEANECK**, who was admitted to the bar of this State in 1990, should be censured for violating RPC 1.6(a)(revealing information relating to the representation without the client's consent), RPC 1.8(a)(prohibited business transaction with a client), RPC 1.8(b)(using information relating to the representation to the disadvantage of the client), RPC 8.4(c)(conduct involving dishonesty, fraud, deceit, or misrepresentation), and RPC 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DAVID E. TIDER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary

Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 15th day of November, 2017.

CLERK OF THE SUPREME COURT